# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| STUDIO BARRE FRANCHISING LLC, a California Limited Liability Company,<br><br>*Plaintiff*,<br><br>v.<br><br>BARRE NONE, LLC, a Montana Limited Liability Company; RACHEL GRANGER, an individual; JAMES GRANGER, an individual; and ELIZABETH GRANGER, an individual,<br><br>*Defendants*. | Case No. 2:20-cv-00034-BMM-JTJ<br><br>**CONSENT JUDGMENT AND INJUNCTION** |

This matter comes before the Court on the joint motion of Plaintiff Studio Barre Franchising LLC ("Studio Barre") and Defendants Barre None, LLC, Rachel Granger, James Granger, and Elizabeth Granger (the "defendants"). To resolve the claims in this action, the parties have stipulated to the entry of this Consent Judgment and Injunction. Pursuant to Fed. R. Civ. P. 41 and 65, and upon consideration of the Stipulation, as well as all of the files, proceedings, and records herein:

///

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Franchise Agreement with Plaintiff is terminated effective the date of this Consent Judgment and Injunction.

2. Defendants are immediately enjoined to:

    a. Cease using the Studio Barre trademarks, trade name, and trade dress and system; cease operating the franchised business; cease, directly or indirectly, holding themselves out as present or former franchisees of Studio Barre;

    b. Use their best efforts to assign the lease for their former franchised business to Studio Barre, at Studio Barre's option, including but not limited to cooperating in providing the landlord for the location any all information in defendants' possession that the landlord requires;

    c. Comply with the terms of the post-termination covenant not to compete contained in the Franchise Agreement for a period of two years and within three (3) miles of their former franchised location and three (3) miles of any existing Studio Barre location; and

    d. Comply with all of their remaining post-termination obligations under the Franchise Agreement.

3. No bond shall be required for this injunction.

///

DATED this 22nd day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

CONSENT JUDGMENT AND INJUNCTION - 3